STATE OF OREGON,
*Respondent,*

*v.*

HARRY EMIL VIAR,
*Appellant.*

(87CR-1771; CA A48131)

770 P2d 614

Nick Nylander, North Bend, argued the cause for appellant. With him on the brief was Flaxel, Todd & Nylander, North Bend.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

Rossman, J., dissenting.

**ROSSMAN, J.,** dissenting.

For the reasons I expressed in my dissent in *State v. Ainsworth,* 95 Or App 240, 247, 770 P2d 58 (1989), I dissent.